**VENABLE LLP**
Michael A. Guerra (No. 089092013)
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel.: (212) 307-5500
Fax: (212) 307-5598
maguerra@venable.com

*Counsel to Defendant Experian*
*Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WILLIAM F. KAETZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                    Defendants. | Case No.: 2:22-cv-3469-MEF-JRA<br><br>Hon. Michael E. Farbiarz<br>Hon. Jose R. Almonte |

## NOTICE OF APPEARANCE

**To:    The Clerk of Court and all parties and counsel of record**

**PLEASE TAKE NOTICE** that Michael A. Guerra of the law firm VENABLE LLP,

151 West 42nd Street, 49th Floor, New York, New York 10036, hereby enters an appearance in

the above-captioned action as counsel for Defendant Experian Information Solutions, Inc.

(incorrectly named "Experian" in the caption of the complaint [ECF No. 1]).

Dated: June 16, 2026

Respectfully submitted,
  **VENABLE LLP**

By:  */s/ Michael A. Guerra*
     Michael A. Guerra (No. 089092013)
     151 West 42nd Street, 49th Floor
     New York, New York 10036
     Tel.: (212) 307-5500
     Fax: (212) 307-5598
     maguerra@venable.com

     *Counsel to Defendant Experian*
     *Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this day, June 11, 2026, I served the foregoing Notice of Appearance, dated June 11, 2026, on all appearing counsel via ECF filing and *Pro Se* Plaintiff William Kaetz by email at kaetzbill@gmail.com and first-class mail to:

William Kaetz
437 Abbott Road
Paramus, New Jersey 07652

Dated: June 16, 2026

**VENABLE LLP**

By: /s/ *Michael A. Guerra*
Michael A. Guerra (No. 089092013)