Michael A. Guerra
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel.: (212) 307-5500
Fax: (212) 307-5598
maguerra@venable.com

*Counsel to Defendant Experian
Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| **WILLIAM F. KAETZ,** | Civil Action No. 2:22-cv-03469-MEF-JRA |
| **Plaintiff,** | |
| v. | Hon. Michael E. Farbiarz |
| | Hon. Jose R. Almonte |
| **UNITED STATES OF AMERICA, *et al.*,** | |
| **Defendants.** | |

## SUBSTITUTION OF COUNSEL

The undersigned hereby consent to the substitution of Michael A. Guerra of Venable LLP

in the place of Debra M. Wallin of Traflet & Fabian, as counsel of record for Defendant Experian

Information Solutions, Inc. in the above matter.

IT IS FURTHER STIPULATED AND AGREED, that, hereafter, any and all notices and

service of process to be given and required to be served in this matter upon Defendant shall be so

given and served upon the undersigned counsel as follows:

Michael A. Guerra
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel.: (212) 307-5500
Fax: (212) 307-5598
maguerra@venable.com

Dated: June 18, 2026

**SUPERSEDING COUNSEL**

**VENABLE LLP**

By: /s/ *Michael A. Guerra*
    Michael A. Guerra

Respectfully submitted,

**WITHDRAWING COUNSEL**

**TRAFLET & FABIAN**

By: /s/
    Debra M. Wallin

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed a true and accurate copy of the foregoing *Substitution of Counsel* with the Clerk of Court using the CM/ECF electronic filing system. I further certify that a copy of the foregoing was sent by U.S. Mail to:

William F. Kaetz
437 Abbott Road
Paramus, NJ 07652
kaetzbill@gmail.com
*Pro Se Plaintiff*


/s/ *Debra M. Wallin*
Debra M. Wallin
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

3